B1 (Official Form 1)(4/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| Southern District of New York | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TENS CABARET, INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**13-3113634** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**35 East 21st Street**<br>**New York, NY**<br>ZIP Code **10010** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

| Tax-Exempt Entity<br>(Check box, if applicable) | Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding |
|---|---|

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."   ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**TENS CABARET, INC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)      (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>     _____<br>     (Name of landlord that obtained judgment)<br><br><br>     _____<br>     (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **TENS CABARET, INC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Randall S. D. Jacobs
Signature of Attorney for Debtor(s)

**Randall S. D. Jacobs**
Printed Name of Attorney for Debtor(s)

**RANDALL S. D. JACOBS, PLLC**
Firm Name

**110 Wall Street**
**11th Floor**
**New York, NY 10005-3718**

_____
Address

**Email: rsdjacobs@chapter11esq.com**
**212 709 8116  Fax: 973 226 8897**
Telephone Number

**August 3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Chris Reda
Signature of Authorized Individual

**Chris Reda**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

**August 3, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Randall S. D. Jacobs
Randall S. D. Jacobs, PLLC
110 Wall Street, 11th Floor
New York, New York 10005-3817
Tel: (212) 709-8116
Fax: (973) 226-3301
rsdjacobs@chapter11esq.com
Proposed *Attorney for Debtor
and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re:

       TENS CABARET, INC.,

          Debtor and Debtor in Possession.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No.

## DEBTOR'S AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2

Chris Reda, being duly sworn, deposes and says:

I am the President and Chief Executive Officer of Tens Cabaret, Inc., the Debtor and

Debtor-in-possession, and have personal knowledge of the facts and circumstances herein. I

submit this affidavit on behalf of the Debtor pursuant to Local Rule 1007-2:

1.      The Debtor has been engaged in business as a "gentlemen's club" for the past 4

years.  From its inception, the Debtor and its predecessor entity, hired professional dancers and

entertainers on a "independent contractor" basis, *i.e.,* those to whom it paid fees in gross, without

deducting taxes as it would with employees.  The circumstances leading to the debtor's filing

under chapter 11 include (a) the National Labor Relations Board has apparently obtained a

judgment against the Debtor for unpaid employment taxes in the sum of approximately $9.8

Million and (b) the Debtor has entered into a Stipulation with its landlord to settle its outstanding rent arrearage which remains open.

2.      This Case was commenced under Chapter 11.

3.      N/A.

4.      See Debtor's List of 20 Largest Unsecured Claims, attached to the Petition.

5.      The Debtor has no secured creditors. See Schedule D attached to the Petition.

6.      The Debtor operates a cash business and thus has no accounts receivable. The Debtor's has no inventory other than its alcoholic beverages which has market value of approximately $20,000.  Debtor's liabilities include its claimed tax debt of $9.8 Million, current accounts payable to critical vendors of approximately $69,000, back rent claims by the landlord of $355,000+ and certain other payroll totaling approximately $67,969.

7.      The Debtor is a Subchapter "S" corporation and has no publicly held stock; 100 % of its sole class of stock, common, is wholly owned by Chris Reda

8.      No property of the Debtor is in the possession, custody or control of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor.

9.      The Debtor leases commercial space at 35 East 21st Street, New York, New York 10010 (the "Premises") from Centaur Properties, LLC, the landlord.

10.     The Debtor's books and records, together with its assets, are all located at its Manhattan Premises.

11.     There are no other pending actions of which the Debtor is presently aware.

12.     I am the CEO of the Debtor and have been since its inception in 2006. I am responsible for all operations of the Debtor including hiring, etc.  My experience includes more than 15 years as night club executive.

13.     The Debtor's estimated payroll for the month of August, 2010 (exclusive of officers, directors and stockholders) is approximately $45,000.

14.     The Debtor does not propose to make any payment to its officers during August 2010, except for their monthly salaries (Chris Reda: $ 3,750.)  No financial consultant has been retained by the Debtor.

15.     A schedule for the 30 day period following the filing of the chapter 11 petition of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing is attached hereto as Exhibit A.

16.     The Debtor believes that it will be able to meet all of its current obligations from sales revenues to be received and with the cooperation of its creditors, to effectuate a plan of reorganization.

/s/ Chris Reda
Chris Reda

Sworn to before me this
day of August 3, 2010


/s/_____
NOTARY PUBLIC

## CORPORATE RESOLUTIONS

## OF

## TENS CABARET, INC.

I, Chris Reda, CEO, President and a Director of Tens Cabaret, Inc. (the "Corporation") incorporated in the State of New York, do hereby certify that the following resolutions were duly adopted by the Board of Directors of the Corporation at a meeting duly held on August 2, 2010 and such resolutions have not been modified amended or rescinded and are now in full force and effect.

**RESOLVED**, that the filing by the Corporation of a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court in the Southern District of New York is hereby approved, and it is further

**RESOLVED**, that the CEO is hereby authorized and directed to retain on behalf of the Corporation Randall S. D. Jacobs, PLLC by Randall S. D. Jacobs, Esq., and such other law firms, accountants, and financial advisors as may be appropriate, to render legal services to, and to represent the Corporation in commencing with any proceedings under the Bankruptcy Code and other related matters in connection therewith, on such terms as the CEO shall approve; and it is

**RESOLVED**, that the CEO of the Corporation is authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all resulting or related expenses, in each case as in his judgment shall be necessary or desirable, in order to fully carry out the intent and accomplish the purposes of these Resolutions; it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Corporation in connection with the reorganization of the Corporation or any matter or matters related thereto or by virtue of these Resolutions are hereby ratified, adopted and approved.

WITNESS our hands this 2nd Day of August, 2010

CHRIS REDA, Director

[CORPORATE SEAL AFFIXED HERETO]

Randall S. D. Jacobs
Randall S. D. Jacobs, PLLC
110 Wall Street, 11ᵗʰ Floor
New York, New York 10005-3817
Tel: (212) 709-8116
Fax: (973) 226-3301
rsdjacobs@chapter11esq.com
Proposed *Attorney for Debtor
and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In Re:

TENS CABARET, INC.,

Debtor and Debtor in Possession.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11
Case No.

**ORDER SCHEDULING
INITIAL CASE
CONFERENCE**

The Debtor having filed a petition for reorganization under chapter 11 of the

Bankruptcy Code on August 3, 2010 and the Court having determined that a case management

conference will aid in the efficient conduct of the case, it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management

conference will be conducted by the undersigned Bankruptcy Judge in Room ___, United States

Bankruptcy Court, One Bowling Green, New York, New York 10004 on September   ,2010, at

_____ o'clock in the _____noon, or as soon thereafter as counsel may be heard, to consider the

efficient administration of the case, which may include, inter alia, such topics as retention of

professionals, creation of a committee to review budget and fee requests, use of alternative

dispute resolution, timetables and scheduling of additional case management conferences; and it

is further

ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, if any, any postpetition lender to the debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: New York, New York
      August 3, 2010

                                UNITED STATES BANKRUPTCY JUDGE

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   **TENS CABARET, INC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| All Season Prot. Svcs, Inc.<br>204 West 84th Street<br>New York, NY 10024 | All Season Prot. Svcs, Inc.<br>204 West 84th Street<br>New York, NY 10024 | Services rendered | | 13,050.00 |
| Alonso, Andalkar & Kahn, P.C.<br>920 Broadway<br>New York, NY 10010 | Alonso, Andalkar & Kahn, P.C.<br>920 Broadway<br>New York, NY 10010 | Services rendered | | 204,975.59 |
| Avanti Enterprises, Inc.<br>50 Division Place<br>Brooklyn, NY 11222 | Avanti Enterprises, Inc.<br>50 Division Place<br>Brooklyn, NY 11222 | | | 7,401.95 |
| BMI General Licensing<br>PO Box 406741<br>Atlanta, GA 30326 | BMI General Licensing<br>PO Box 406741<br>Atlanta, GA 30326 | Services rendered | | 18,658.11 |
| Caper Consulting<br>2103 Frederick Douglass Blvd,<br>New York, NY 10023 | Caper Consulting<br>2103 Frederick Douglass Blvd,<br>New York, NY 10023 | Trade debt | | 10,781.66 |
| Centaur Properties, LLC<br>35 East 21st Street, 3rd Floor<br>New York, NY 10010 | Centaur Properties, LLC<br>35 East 21st Street, 3rd Floor<br>New York, NY 10010 | Services rendered | | 859,758.03 |
| Clubs Eyes and Ears, Inc.<br>169 Commack Road, # H347<br>Commack, NY 11725 | Clubs Eyes and Ears, Inc.<br>169 Commack Road, # H347<br>Commack, NY 11725 | Services rendered | | 20,229.23 |
| Cohen & Schaeffer CPA<br>420 Lexington Ave., # 2450<br>New York, NY 10170 | Cohen & Schaeffer CPA<br>420 Lexington Ave., # 2450<br>New York, NY 10170 | Services rendered | | 94,033.00 |
| Con Edison<br>PO Box 1701<br>New York, NY 10116 | Con Edison<br>PO Box 1701<br>New York, NY 10116 | Services rendered | | 28,650.77 |
| De Lage Landen Fin. Svcs.<br>PO Box 41602<br>Philadelphia, PA 19101 | De Lage Landen Fin. Svcs.<br>PO Box 41602<br>Philadelphia, PA 19101 | Services rendered | | 16,303.95 |
| Deem Pumbing  Inc.<br>118 East 28th Street, #414<br>New York, NY 10016 | Deem Pumbing  Inc.<br>118 East 28th Street, #414<br>New York, NY 10016 | Trade debt | | 10,474.99 |

B4 (Official Form 4) (12/07) - Cont.

8/03/10 9:29PM

In re **TENS CABARET, INC**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| GE Capital<br>PO Box 642411<br>Pittsburgh, PA 15264 | GE Capital<br>PO Box 642411<br>Pittsburgh, PA 15264 | Services rendered | | 7,723.87 |
| Global Coverage, Inc.<br>9 East 37th Street<br>New York, NY 10016 | Global Coverage, Inc.<br>9 East 37th Street<br>New York, NY 10016 | Services rendered | | 19,605.24 |
| HYCO Restaurant Supply Co.<br>967 East 149th Street<br>Bronx, NY 10455 | HYCO Restaurant Supply Co.<br>967 East 149th Street<br>Bronx, NY 10455 | Services rendered | | 7,536.70 |
| Kage Consulting, LLC<br>425 West 14th Street, # 3R<br>New York, NY 10014 | Kage Consulting, LLC<br>425 West 14th Street, # 3R<br>New York, NY 10014 | Services rendered | | 21,769.70 |
| MGR Events Inc<br>101 West 23rd Street, # 393<br>New York, NY 10011 | MGR Events Inc<br>101 West 23rd Street, # 393<br>New York, NY 10011 | | | 7,516.50 |
| Nesenoff & Miltenberg LLP<br>363 Seventh Avenue, 5th Floor<br>New York, NY 10001 | Nesenoff & Miltenberg LLP<br>363 Seventh Avenue, 5th Floor<br>New York, NY 10001 | Services rendered | | 28,443.44 |
| NYS Ins.Fund: Work.Comp.<br>PO Box 4788<br>Syracuse, NY 13221 | NYS Ins.Fund: Work.Comp.<br>PO Box 4788<br>Syracuse, NY 13221 | | | 10,741.50 |
| Perfectaire Service, Inc.<br>124-11 101 Avenue<br>South Richmond Hill, NY 11419 | Perfectaire Service, Inc.<br>124-11 101 Avenue<br>South Richmond Hill, NY 11419 | Services rendered | | 15,566.29 |
| Southern Wine NY, Inc.<br>PO Box 1308<br>Syosset, NY 11791 | Southern Wine NY, Inc.<br>PO Box 1308<br>Syosset, NY 11791 | Trade debt | | 24,484.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 3, 2010**         Signature   **/s/ Chris Reda**

                                             **Chris Reda**<br>
                                             **President and CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B6F (Official Form 6F) (12/07)

In re **TENS CABARET, INC**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Services rendered | | | | |
| 4 Corners Media 90 Convent Avenue, # 1 New York, NY 10027 | - | | | | | | | | 1,200.00 |
| Account No. | | | | | Trade debt | | | | |
| 57 Main Street Imports 377 Oak Street, # 207 Garden City, NY 11530 | - | | | | | | | | 428.50 |
| Account No. | | | | | Trade debt | | | | |
| A. Scheer Meat & Poultry, Inc. 13 Kenneth Court Floral Park, NY 11001 | - | | | | | | | | 2,064.21 |
| Account No. | | | | | Services rendered | | | | |
| AFA Protective Systems, Inc. 155 Michael Drive Syosset, NY 11791 | - | | | | | | | | 5,351.56 |
| | | | | | | Subtotal (Total of this page) | | | 9,044.27 |

  **17**   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **TENS CABARET, INC**                                     ,          Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services rendered | | | | |
| All Season Prot. Svcs, Inc. 204 West 84th Street New York, NY 10024 | | - | | | | | 13,050.00 |
| Account No. | | | Services rendered | | | | |
| Alonso, Andalkar & Kahn, P.C. 920 Broadway New York, NY 10010 | | - | | | | | 204,975.59 |
| Account No. | | | Trade debt | | | | |
| Anheuser-Busch 550 Food Center Drive Bronx, NY 10414 | | | | | | | 198.87 |
| Account No. | | | | | | | |
| Arctic Glacier Inc. 1654 Marthaler Lane Saint Paul, MN 55118 | | - | | | | | 2,415.82 |
| Account No. | | | Services rendered | | | | |
| ASCAP 21678 Network Place Chicago, IL 60673 | | - | | | | | 6,603.29 |
| | | | Subtotal (Total of this page) | | | | 227,243.57 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re    **TENS CABARET, INC**                                          ,          Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Assured Environments 45 Broadway, Floor 8 New York, NY 10006 | | - | | | | | | 1,874.71 |
| Account No. | | | | | | | | |
| Avanti Enterprises, Inc. 50 Division Place Brooklyn, NY 11222 | | - | | | | | | 7,401.95 |
| Account No. | | | | | | | | |
| Azopharm, Inc. 1232 31st Drive, # 2A Astoria, NY 11106 | | - | | | | | | 2,054.66 |
| Account No. | | | | | | | | |
| Baruch Hecht 324 East 13th Street, # 11 New York, NY 10003 | | - | | | | | | 3,866.00 |
| Account No. | | | | Trade debt | | | | |
| Beehive Beer Distributing 37-88 Review Ave. Long Island City, NY 11101 | | - | | | | | | 365.89 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          15,563.21

B6F (Official Form 6F) (12/07) - Cont.

In re    **TENS CABARET, INC**                                                      ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Big 8 Entertainment LLC 229 16th Street Brooklyn, NY 11215 | | - | Services rendered | | | | 1,602.00 |
| Account No.  Big Business Ent Inc 223 57th Street Brooklyn, NY 11220 | | - | Trade debt | | | | 5,218.00 |
| Account No.  BMI General Licensing PO Box 406741 Atlanta, GA 30326 | | - | Services rendered | | | | 18,658.11 |
| Account No.  Caper Consulting 2103 Frederick Douglass Blvd, New York, NY 10023 | | - | Trade debt | | | | 10,781.66 |
| Account No.  Carretto Beverage Inc 12891 Collections Center Chicago, IL 60693 | | - | Trade debt | | | | 220.76 |
| | | | | | | Subtotal (Total of this page) | 36,480.53 |

Sheet no. __3___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   **TENS CABARET, INC**_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Services rendered | | | | |
| CD22 LLC 777 Sixth Avenue, # 22J New York, NY 10001 | | - | | | | | | 300.00 |
| Account No. | | | | Services rendered | | | | |
| Centaur Properties, LLC 35 East 21st Street, 3rd Floor New York, NY 10010 | | - | | | | | | 859,758.03 |
| Account No. | | | | Services rendered | | | | |
| Century Waste Services LLC 623 Dowd Avenue, PO Box 1109 Elizabeth, NJ 07201 | | - | | | | | | 3,357.72 |
| Account No. | | | | Services rendered | | | | |
| CIT Tech Fin. Svcs, Inc. 24840 Network Place Chicago, IL 60673 | | - | | | | | | 5,292.88 |
| Account No. | | | | Services rendered | | | | |
| Clubs Eyes and Ears, Inc. 169 Commack Road, # H347 Commack, NY 11725 | | - | | | | | | 20,229.23 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          888,937.86

B6F (Official Form 6F) (12/07) - Cont.

In re **TENS CABARET, INC** _____ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services rendered | | | | |
| Cohen & Schaeffer CPA<br>420 Lexington Ave., # 2450<br>New York, NY 10170 | | - | | | | | 94,033.00 |
| Account No. | | | Services rendered | | | | |
| Con Edison<br>PO Box 1701<br>New York, NY 10116 | | - | | | | | 28,650.77 |
| Account No. | | | | | | | |
| Cornelis Craane<br>319 West 93rd Street, # 5W<br>New York, NY 10128 | | - | | | | | 1,520.00 |
| Account No. | | | Services rendered | | | | |
| Cornicello & Tender LLP<br>116 John Street, # 2501<br>New York, NY 10038 | | - | | | | | 294.00 |
| Account No. | | | Trade debt | | | | |
| Creative Edge Caterers, Inc.<br>110 Barrow Street<br>New York, NY 10014 | | - | | | | | 2,808.70 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           127,306.47

B6F (Official Form 6F) (12/07) - Cont.

In re **TENS CABARET, INC** _____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Custom Lighting 55 Webster Avenue, # 408 New Rochelle, NY 10801 | | - | | | | | | 5,330.00 |
| Account No. | | | | Services rendered | | | | |
| De Lage Landen Fin. Svcs. PO Box 41602 Philadelphia, PA 19101 | | - | | | | | | 16,303.95 |
| Account No. | | | | Trade debt | | | | |
| Deem Pumbing  Inc. 118 East 28th Street, #414 New York, NY 10016 | | - | | | | | | 10,474.99 |
| Account No. | | | | Services rendered | | | | |
| Ecolab PO Box 905327 Charlotte, NC 28290 | | - | | | | | | 4,097.40 |
| Account No. | | | | | | | | |
| Empire Merchants, LLC. 16 Bridgewater Street Brooklyn, NY 11222 | | - | | | | | | 4,253.25 |

Sheet no. __6___ of __17___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,459.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **TENS CABARET, INC**                                          ,      Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services rendered | | | | |
| Fire Command Co. Inc. 131-31 Merrick Boulevard | | - | | | | | 705.25 |
| Account No. | | | Services rendered | | | | |
| Fire Exting.Svc. Inc 255 40th Street Brooklyn, NY 11232 | | - | | | | | 266.08 |
| Account No. | | | Services rendered | | | | |
| GE Capital PO Box 642411 Pittsburgh, PA 15264 | | - | | | | | 7,723.87 |
| Account No. | | | Services rendered | | | | |
| Global Coverage, Inc. 9 East 37th Street New York, NY 10016 | | - | | | | | 19,605.24 |
| Account No. | | | Services rendered | | | | |
| HYCO Restaurant Supply Co. 967 East 149th Street Bronx, NY 10455 | | - | | | | | 7,536.70 |
| Sheet no. _7_ of _17_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 35,837.14 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **TENS CABARET, INC**                                                                    ,        Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services rendered | | | | |
| Int'l Ticket Co. Printing 2301 North Highway 190., # 10 Covington, LA 70433 | - | | | | | | 468.18 |
| Account No. | | | Services rendered | | | | |
| Isik Consulting Inc. 4750 Bedford Avenue, # 2E Brooklyn, NY 11235 | - | | | | | | 3,604.66 |
| Account No. | | | Trade debt | | | | |
| ITC Printing & Promotions 2301 North Highway 190, # 10 Covington, LA 70433 | - | | | | | | 468.18 |
| Account No. | | | | | | | |
| J.V. Company, Inc. 59 Carmel Avenue Staten Island, NY 10314 | - | | | | | | 2,500.00 |
| Account No. | | | Services rendered | | | | |
| JHS Consult Ent. Corp 6495 Broadway, # 6N Bronx, NY 10471 | - | | | | | | 1,250.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                8,291.02

B6F (Official Form 6F) (12/07) - Cont.

In re **TENS CABARET, INC**                              Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Joe Castaner <br> 1649 Saint Nicholas Ave. <br> #0001 <br> New York, NY 10040 | | - | | | | | 1,350.00 |
| Account No. <br><br> Just Mark It LLC <br> 173 West Shore Road <br> Great Neck, NY 11024 | | - | | | | | 1,000.00 |
| Account No. <br><br> Kage Consulting, LLC <br> 425 West 14th Street, # 3R <br> New York, NY 10014 | | - | Services rendered | | | | 21,769.70 |
| Account No. <br><br> Legal Ease Reporting, Inc. <br> 600 Old Country Rd. # 203 <br> Garden City, NY 11530 | | - | Services rendered | | | | 0.80 |
| Account No. <br><br> Lin Fongyen <br> 11-44 44th Drive Apt3 <br> Long Island City, NY 11101 | | - | | | | | 500.00 |
| Sheet no. **9** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | 24,620.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **TENS CABARET, INC**                           ,      Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Manhattan Beer Distributors** GPO, PO Box 27458 New York, NY 10087 | - | | | | | | 975.41 |
| Account No. | | | | | | | |
| **Marshall Weinstein** 101 Clark Street, # 18A Brooklyn, NY 11201 | - | | | | | | 300.00 |
| Account No. | | | | | | | |
| **Martin A Bienstock,Marshal** 36-35 Bell Boulevard Bayside, NY 11361 | - | | | | | | 1,501.18 |
| Account No. | | | Services rendered | | | | |
| **McKinney Weld Co., Inc.** 535 West 52nd Street New York, NY 10019 | - | | | | | | 97.90 |
| Account No. | | | | | | | |
| **MGR Events Inc** 101 West 23rd Street, # 393 New York, NY 10011 | - | | | | | | 7,516.50 |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    10,390.99

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __TENS CABARET, INC__ ,     Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services rendered | | | | |
| Nesenoff & Miltenberg LLP 363 Seventh Avenue, 5th Floor New York, NY 10001 | | - | | | | | 28,443.44 |
| Account No. | | | | | | | |
| NJR Productions LLC 2784 East 12th St, Loft 2B Brooklyn, NY 11235 | | - | | | | | 210.00 |
| Account No. | | | | | | | |
| NYC Fire Department PO Box 840 Church Street Station New York, NY 10008 | | - | | | | | 625.00 |
| Account No. | | | | | | | |
| NYC Health Department CPO Box 4081 Church Street Station New York, NY 10261 | | - | | | | | 2,375.00 |
| Account No. | | | | | | | |
| NYS Ins.Fund: Work.Comp. PO Box 4788 Syracuse, NY 13221 | | - | | | | | 10,741.50 |

Sheet no. __11__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     42,394.94

B6F (Official Form 6F) (12/07) - Cont.

In re **TENS CABARET, INC** _____ ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **OHPsalms LLC** 120 Edgar Place, # 14E Bronx, NY 10475 | | - | | | | | | 2,048.00 |
| Account No. **One Communications Corp** PO Box 415721 Boston, MA 02241 | | - | | Trade debt | | | | 1,397.35 |
| Account No. **Ozaneaux LTD** 515 West 20th Street, Unit 5E New York, NY 10011 | | - | | | | | | 1,250.00 |
| Account No. **Patricia Laurent** PO Box 1164 Garden City, NY 11530 | | - | | | | | | 752.00 |
| Account No. **Paul Drohan** 17 West 19th Street New York, NY 10011 | | - | | | | | | 920.00 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,367.35

In re  **TENS CABARET, INC**                                             ,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J c | | | | | | |
| Account No. | | | | | Services rendered | | | | |
| Perfectaire Service, Inc.<br>124-11 101 Avenue<br>South Richmond Hill, NY 11419 | - | | | | | | | | 15,566.29 |
| Account No. | | | | | Services rendered | | | | |
| PLS Check Cashiers, Inc.<br>PO Box 61<br>Mahopac Falls, NY 10542 | - | | | | | | | | 950.41 |
| Account No. | | | | | | | | | |
| Rauza Bayazit<br>200 Old Palisade Road, # 18D<br>Fort Lee, NJ 07024 | - | | | | | | | | 150.00 |
| Account No. | | | | | Services rendered | | | | |
| Rentokil Pest Control<br>46-34 11th Street<br>Long Island City, NY 11101 | - | | | | | | | | 1,754.21 |
| Account No. | | | | | | | | | |
| RFLX INC<br>155 Water Street, 2nd Flr.<br>Brooklyn, NY 11201 | - | | | | | | | | 400.00 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18,820.91

B6F (Official Form 6F) (12/07) - Cont.

In re **TENS CABARET, INC** _____,   Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Rik Nevone 244-90 61st Avenue Little Neck, NY 11362 | | | | | | | | 374.00 |
| Account No. | | - | | Services rendered | | | | |
| Robert Arthur King, P.C. 36 Hamilton Terrace New York, NY 10031 | | | | | | | | 1,750.00 |
| Account No. | | - | | Trade debt | | | | |
| Sea Breeze Beverage Systems 441 Route 202 Towaco, NJ 07082 | | | | | | | | 315.65 |
| Account No. | | - | | Services rendered | | | | |
| Sea Crest Linen Co. Inc. PO Box 102 Brooklyn, NY 11225 | | | | | | | | 442.28 |
| Account No. | | - | | Services rendered | | | | |
| Sentinel Fire Control, Inc. 9034 Tonnelle Ave. North Bergen, NJ 07047 | | | | | | | | 358.47 |

Sheet no. __14__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   
(Total of this page)            **3,240.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **TENS CABARET, INC**_____,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SexxyMofo, Inc. PO Box 6772 Freehold, NJ 07728 | - | | | | | | | 645.00 |
| Account No. | | | | Services rendered | | | | |
| SkyNet Media LLC 19 West 21st Street, # 205 New York, NY 10010 | - | | | | | | | 3,641.00 |
| Account No. | | | | Trade debt | | | | |
| Southern Wine NY, Inc. PO Box 1308 Syosset, NY 11791 | - | | | | | | | 24,484.00 |
| Account No. | | | | Trade debt | | | | |
| The Beverage Works NY, Inc. 1800 Route 34 North, # 402 Belmar, NJ 07719 | - | | | | | | | 352.00 |
| Account No. | | | | | | | | |
| The Metro Group Inc. (J.V.) 50-23 23rd Street Long Island City, NY 11101 | - | | | | | | | 544.38 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     29,666.38

B6F (Official Form 6F) (12/07) - Cont.

In re **TENS CABARET, INC**                          ,      Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Third Strike Corp**<br>**6495 Broadway, # 6N**<br>**Bronx, NY 10471** | - | | | | | | 1,106.66 |
| Account No.<br><br>**Time Warner Cable of NYC**<br>**PO Box**<br>**Uniondale, NY 11555** | - | | Services rendered | | | | 1,950.40 |
| Account No.<br><br>**Unique Parling LLC**<br>**41-47 East 21st Street**<br>**New York, NY 10010** | - | | | | | | 5.00 |
| Account No.<br><br>**Verizon Online**<br>**PO Box 12045**<br>**Trenton, NJ 08650** | - | | Services rendered | | | | 134.98 |
| Account No.<br><br>**VIP Fire Sprinklers Inc.**<br>**700 Columbia Street**<br>**Bldg. 301A**<br>**Brooklyn, NY 11231** | - | | Services rendered | | | | 408.29 |

Sheet no. __16__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal<br>(Total of this page)      3,605.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **TENS CABARET, INC**                                          ,    Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **West Demerara Services, Inc.** 149-29 124th Street South Ozone Park, NY 11420 | | - | Services rendered | | | | 1,386.03 |
| Account No.  **Western Heritage Ins Co.** PO Box 5100 Scottsdale, AZ 85261 | | - | | | | | 500.00 |
| Account No.  **Zurich North America** 8734 Paysphere Circle Chicago, IL 60674 | | - | Services rendered | | | | 711.72 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 2,597.75 |
| Total (Report on Summary of Schedules) | 1,530,868.21 |

B6D (Official Form 6D) (12/07)

In re    **TENS CABARET, INC**                  Case No. _____

                                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re **TENS CABARET, INC**           Case No. _____

                  Debtor(s)         Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................ $     **15,000.00**

   Prior to the filing of this statement I have received ............................... $     **15,000.00**

   Balance Due .................................................................................... $          **0.00**

2. $   **0.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 3, 2010**              **/s/ Randall S. D. Jacobs**
                                               **Randall S. D. Jacobs**
                                               **RANDALL S. D. JACOBS, PLLC**
                                               **110 Wall Street**
                                               **11th Floor**
                                               **New York, NY 10005-3718**
                                               **212 709 8116  Fax: 973 226 8897**
                                               **rsdjacobs@chapter11esq.com**

---

# United States Bankruptcy Court
## Southern District of New York

In re    **TENS CABARET, INC** _____,

                              Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chris Reda**<br>**c/o Tens Cabaret, Inc.**<br>**35 W. 21st Street**<br>**New York, NY 10010** | **Common Stock** | **All** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___**August 3, 2010**_____

Signature _**/s/ Chris Reda**_____
                **Chris Reda**
                **President and CEO**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   __TENS CABARET, INC__ _____    Case No. _____

                                 Debtor(s)    Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __August 3, 2010__ _____       __/s/ Chris Reda__ _____
                                                    **Chris Reda/President and CEO**
                                                    Signer/Title

4 CORNERS MEDIA
90 CONVENT AVENUE, # 1
NEW YORK, NY 10027


57 MAIN STREET IMPORTS
377 OAK STREET, # 207
GARDEN CITY, NY 11530


A. SCHEER MEAT & POULTRY, INC.
13 KENNETH COURT
FLORAL PARK, NY 11001


AFA PROTECTIVE SYSTEMS, INC.
155 MICHAEL DRIVE
SYOSSET, NY 11791


ALL SEASON PROT. SVCS, INC.
204 WEST 84TH STREET
NEW YORK, NY 10024


ALONSO, ANDALKAR & KAHN, P.C.
920 BROADWAY
NEW YORK, NY 10010


ANHEUSER-BUSCH
550 FOOD CENTER DRIVE
BRONX, NY 10414


ARCTIC GLACIER INC.
1654 MARTHALER LANE
SAINT PAUL, MN 55118


ASCAP
21678 NETWORK PLACE
CHICAGO, IL 60673


ASSURED ENVIRONMENTS
45 BROADWAY, FLOOR 8
NEW YORK, NY 10006


AVANTI ENTERPRISES, INC.
50 DIVISION PLACE
BROOKLYN, NY 11222

AZOPHARM, INC.
1232 31ST DRIVE, # 2A
ASTORIA, NY 11106


BARUCH HECHT
324 EAST 13TH STREET, # 11
NEW YORK, NY 10003


BEEHIVE BEER DISTRIBUTING
37-88 REVIEW AVE.
LONG ISLAND CITY, NY 11101


BIG 8 ENTERTAINMENT LLC
229 16TH STREET
BROOKLYN, NY 11215


BIG BUSINESS ENT INC
223 57TH STREET
BROOKLYN, NY 11220


BMI GENERAL LICENSING
PO BOX 406741
ATLANTA, GA 30326


CAPER CONSULTING
2103 FREDERICK DOUGLASS BLVD,
NEW YORK, NY 10023


CARRETTO BEVERAGE INC
12891 COLLECTIONS CENTER
CHICAGO, IL 60693


CD22 LLC
777 SIXTH AVENUE, # 22J
NEW YORK, NY 10001


CENTAUR PROPERTIES, LLC
35 EAST 21ST STREET, 3RD FLOOR
NEW YORK, NY 10010


CENTURY WASTE SERVICES LLC
623 DOWD AVENUE, PO BOX 1109
ELIZABETH, NJ 07201

CIT TECH FIN. SVCS, INC.
24840 NETWORK PLACE
CHICAGO, IL 60673


CLUBS EYES AND EARS, INC.
169 COMMACK ROAD, # H347
COMMACK, NY 11725


COHEN & SCHAEFFER CPA
420 LEXINGTON AVE., # 2450
NEW YORK, NY 10170


CON EDISON
PO BOX 1701
NEW YORK, NY 10116


CORNELIS CRAANE
319 WEST 93RD STREET, # 5W
NEW YORK, NY 10128


CORNICELLO & TENDER LLP
116 JOHN STREET, # 2501
NEW YORK, NY 10038


CREATIVE EDGE CATERERS, INC.
110 BARROW STREET
NEW YORK, NY 10014


CUSTOM LIGHTING
55 WEBSTER AVENUE, # 408
NEW ROCHELLE, NY 10801


DE LAGE LANDEN FIN. SVCS.
PO BOX 41602
PHILADELPHIA, PA 19101


DEEM PUMBING  INC.
118 EAST 28TH STREET, #414
NEW YORK, NY 10016


ECOLAB
PO BOX 905327
CHARLOTTE, NC 28290

EMPIRE MERCHANTS, LLC.
16 BRIDGEWATER STREET
BROOKLYN, NY 11222


FIRE COMMAND CO. INC.
131-31 MERRICK BOULEVARD


FIRE EXTING.SVC. INC
255 40TH STREET
BROOKLYN, NY 11232


GE CAPITAL
PO BOX 642411
PITTSBURGH, PA 15264


GLOBAL COVERAGE, INC.
9 EAST 37TH STREET
NEW YORK, NY 10016


HYCO RESTAURANT SUPPLY CO.
967 EAST 149TH STREET
BRONX, NY 10455


INT'L TICKET CO. PRINTING
2301 NORTH HIGHWAY 190., # 10
COVINGTON, LA 70433


ISIK CONSULTING INC.
4750 BEDFORD AVENUE, # 2E
BROOKLYN, NY 11235


ITC PRINTING & PROMOTIONS
2301 NORTH HIGHWAY 190, # 10
COVINGTON, LA 70433


J.V. COMPANY, INC.
59 CARMEL AVENUE
STATEN ISLAND, NY 10314


JHS CONSULT ENT. CORP
6495 BROADWAY, # 6N
BRONX, NY 10471

JOE CASTANER
1649 SAINT NICHOLAS AVE.
#0001
NEW YORK, NY 10040


JUST MARK IT LLC
173 WEST SHORE ROAD
GREAT NECK, NY 11024


KAGE CONSULTING, LLC
425 WEST 14TH STREET, # 3R
NEW YORK, NY 10014


LEGAL EASE REPORTING, INC.
600 OLD COUNTRY RD. # 203
GARDEN CITY, NY 11530


LIN FONGYEN
11-44 44TH DRIVE APT3
LONG ISLAND CITY, NY 11101


MANHATTAN BEER DISTRIBUTORS
GPO, PO BOX 27458
NEW YORK, NY 10087


MARSHALL WEINSTEIN
101 CLARK STREET, # 18A
BROOKLYN, NY 11201


MARTIN A BIENSTOCK,MARSHAL
36-35 BELL BOULEVARD
BAYSIDE, NY 11361


MCKINNEY WELD CO., INC.
535 WEST 52ND STREET
NEW YORK, NY 10019


MGR EVENTS INC
101 WEST 23RD STREET, # 393
NEW YORK, NY 10011


NESENOFF & MILTENBERG LLP
363 SEVENTH AVENUE, 5TH FLOOR
NEW YORK, NY 10001

NJR PRODUCTIONS LLC
2784 EAST 12TH ST, LOFT 2B
BROOKLYN, NY 11235


NYC FIRE DEPARTMENT
PO BOX 840
CHURCH STREET STATION
NEW YORK, NY 10008


NYC HEALTH DEPARTMENT
CPO BOX 4081
CHURCH STREET STATION
NEW YORK, NY 10261


NYS INS.FUND: WORK.COMP.
PO BOX 4788
SYRACUSE, NY 13221


OHPSALMS LLC
120 EDGAR PLACE, # 14E
BRONX, NY 10475


ONE COMMUNICATIONS CORP
PO BOX 415721
BOSTON, MA 02241


OZANEAUX LTD
515 WEST 20TH STREET, UNIT 5E
NEW YORK, NY 10011


PATRICIA LAURENT
PO BOX 1164
GARDEN CITY, NY 11530


PAUL DROHAN
17 WEST 19TH STREET
NEW YORK, NY 10011


PERFECTAIRE SERVICE, INC.
124-11 101 AVENUE
SOUTH RICHMOND HILL, NY 11419


PLS CHECK CASHIERS, INC.
PO BOX 61
MAHOPAC FALLS, NY 10542

RAUZA BAYAZIT
200 OLD PALISADE ROAD, # 18D
FORT LEE, NJ 07024


RENTOKIL PEST CONTROL
46-34 11TH STREET
LONG ISLAND CITY, NY 11101


RFLX INC
155 WATER STREET, 2ND FLR.
BROOKLYN, NY 11201


RIK NEVONE
244-90 61ST AVENUE
LITTLE NECK, NY 11362


ROBERT ARTHUR KING, P.C.
36 HAMILTON TERRACE
NEW YORK, NY 10031


SEA BREEZE BEVERAGE SYSTEMS
441 ROUTE 202
TOWACO, NJ 07082


SEA CREST LINEN CO. INC.
PO BOX 102
BROOKLYN, NY 11225


SENTINEL FIRE CONTROL, INC.
9034 TONNELLE AVE.
NORTH BERGEN, NJ 07047


SEXXYMOFO, INC.
PO BOX 6772
FREEHOLD, NJ 07728


SKYNET MEDIA LLC
19 WEST 21ST STREET, # 205
NEW YORK, NY 10010


SOUTHERN WINE NY, INC.
PO BOX 1308
SYOSSET, NY 11791

THE BEVERAGE WORKS NY, INC.
1800 ROUTE 34 NORTH, # 402
BELMAR, NJ 07719


THE METRO GROUP INC. (J.V.)
50-23 23RD STREET
LONG ISLAND CITY, NY 11101


THIRD STRIKE CORP
6495 BROADWAY, # 6N
BRONX, NY 10471


TIME WARNER CABLE OF NYC
PO BOX
UNIONDALE, NY 11555


UNIQUE PARLING LLC
41-47 EAST 21ST STREET
NEW YORK, NY 10010


VERIZON ONLINE
PO BOX 12045
TRENTON, NJ 08650


VIP FIRE SPRINKLERS INC.
700 COLUMBIA STREET
BLDG. 301A
BROOKLYN, NY 11231


WEST DEMERARA SERVICES, INC.
149-29 124TH STREET
SOUTH OZONE PARK, NY 11420


WESTERN HERITAGE INS CO.
PO BOX 5100
SCOTTSDALE, AZ 85261


ZURICH NORTH AMERICA
8734 PAYSPHERE CIRCLE
CHICAGO, IL 60674